In the Matter of the CARE AND
TREATMENT OF Jamin
SHAFER.

Jamin Shafer, Appellant,

v.

State of Missouri, Respondent.

No. SC 84979.

Supreme Court of Missouri,
En Banc.

April 1, 2003.

Emmett D. Queener, Columbia, for ap-
pellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
James R. Layton, State Solicitor, for Re-
spondent.

PER CURIAM.

Jamin Shafer contests the jury's finding
that he is a sexually violent predator. *See
sections 632.480 to 632.513, RSMo 2000.*
He claims the jury was not properly in-
structed because no instruction required
the jury to find that he lacked volitional
capacity to control his behavior.

This claim is controlled by this Court's
decision in *Thomas v. State,* 74 S.W.3d 789
(Mo. banc 2002). The instruction defining
"mental abnormality" must read as fol-
lows:

As used in this instruction, "mental ab-
normality" means a congenital or ac-

---

quired condition affecting the emotional or volitional capacity that predisposes the person to commit sexually violent offenses in a degree that causes the individual serious difficulty in controlling his behavior.

*Thomas* at 792. The instruction in this case contained no such language.

The equal protection claim and all other claims raised by Shafer may not arise on retrial and are not discussed.

The judgment is reversed, and the case is remanded.

All concur.